# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEROME BROWN, SR.,

        Plaintiff,

v.

RONALD T. FRANK, et al.,

        Defendants.

CASE NO. C19-1699 RSM

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED;

(3) This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B); and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 14th day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE